**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THOMAS GUY THOMASSON,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL NO. 3:CV-11-2392** |
| v. : | |
| : | **(Judge Caputo)** |
| **J. KOEHN,** *et al.*, : | |
| : | |
| **Defendants** : | |

**O R D E R**

**AND NOW**, this 27th day of **MARCH, 2013**, in accordance with the accompanying Memorandum, it is ordered that:

    1. Defendants' unopposed Motion to Dismiss and/or for Summary Judgment (Doc. 27) is granted.

    2. The Clerk of Court is directed to enter judgment in favor of Defendants Jamey Koehn, Allen Farley, William Sevison, Carl Michko, J. Schwartz, R. Burns, and B. Alvaro and against Plaintiff.

    3. The Clerk of Court shall close this file.

                                            **A. RICHARD CAPUTO**
                                              **United States District Judge**